~~EXHIBIT A~~

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Justin Clayton,

Plaintiff,

vs.

Best Buy Co., Inc. d/b/a Redline Entertainment,

Defendant.

---

**Case No. 00-2423 MJD/JGL**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by Plaintiff Justin Clayton and Defendant Best Buy Co., Inc. d/b/a Redline Entertainment, by their respective attorneys, that Clayton's claims against Redline, including, without limitation, all claims which were raised, which could have been raised, or which may arise out of, or which could have had any basis whatsoever in this action are dismissed with prejudice and on the merits, without further cost to any party; and

**IT IS FURTHER STIPULATED** that Redline's claims against Clayton, including, without limitation, all claims which were raised, which could have been raised, or which may arise out of, or which could have had any basis whatsoever in this action are dismissed with prejudice and on the merits, without further cost to any party.

2283792.1

FILED JUN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: ~~May~~ June 4, 2001

GALLAGHER LAW FIRM

By: ______________________
Benjamin F. Gallagher, #167253

3210 Rice Street
Little Canada, Minnesota 55126
(651) 494-0444

ATTORNEYS FOR PLAINTIFF JUSTIN CLAYTON

Dated: ~~May~~ June 6, 2001

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: ______________________
Christopher W. Madel, #230297

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR DEFENDANT BEST BUY CO., INC. D/B/A REDLINE ENTERTAINMENT

IT IS SO ORDERED.

Dated this 29th day of June, 2001.

BY THE COURT:

Jonathan G. Lebedoff
Magistrate Judge
United States District Court